UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MAURICE L. WALKER,

    Plaintiff,

  v.

CHRISTOPHER WINFREY,

    Defendant.

:

:

Case No. 2:25-cv-1473
Chief Judge Sarah D. Morrison
Magistrate Judge Elizabeth A. Preston Deavers

## ORDER

This matter is before the Court on the Magistrate Judge's January 12, 2026 Report and Recommendation. (ECF No. 3.) There, the Magistrate Judge performed an initial screen of Plaintiff Maurice L. Walker's Complaint pursuant to 28 U.S.C. § 1915(e)(2) and recommended that the Complaint be dismissed for failure to state a claim on which relief can be granted. (*Id.*) The time for filing objections has passed, and no objections have been filed.[1]

The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 3) and **DISMISSES** the Complaint (ECF No. 1-1). The Court further **CERTIFIES** that any appeal of the above-captioned action would not be taken in good faith.

The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Plaintiff filed an "Affidavit of Truth" on January 29, 2026. (ECF No. 4.) Plaintiff's filing does not object to the Magistrate Judge's Report and Recommendation and is therefore not considered by the Court here.